UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

PATRICK ANTHONY RIBBING, CSI JD,

ANTHONY LEE LINER, CSI JD,

"TO BE ANNOUNCED" CSI JD,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 3:21 CV 181-MCR-HTC
*(To be filled in by the Clerk's Office)*

v.

STATE OF FLORIDA, FL SAO,

Pensacola Police Department,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Hampton Inn /

Jury Trial Requested?
☑ YES  ☐ NO

FILED USDC FLND PN
JAN 28 '21 PM 4:22

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: PATRICK ANTHONY RIBBING, CSI JD

    Address: 61197 RICHARD Ave

    Apt # C

    City, State, and Zip Code: SLIDELL, LA 70460

    Telephone: N/A (Home) N/A (Cell)

2. Plaintiff's Name: Dr. ANTHONY LEE LINER, CSI JD

    Address: 61197 RICHARD Ave

    Apt # D (under ground forensic Lab; LOT "B")

    City, State, and Zip Code: SLIDELL LA 70460

    Telephone: N/A (Home) N/A (Cell)

    *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

STATE OF FLORIDA, FL SAO

1. Defendant's Name: Pensacola Police #114 HARRIS, #186 Bunn

   Official Position: foot patrol / crossing guard

   Employed at: Pensacola Police

   Mailing Address: 711 N. Hayne St
   Pensacola, FL

   ☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: Hampton Inn; Delinda Hammer

   Official Position: "USED TO BE MANAGER" / as per the District / General Manager

   Employed at: Hampton Inn

   Mailing Address: 2187 Airport Boulevard
   Pensacola, FL 32516

   ☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

III. **STATEMENT OF FACTS**

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

See original arresting document and "ALL" hand drafted Motions by yours truely!

If your going by the previous case's release date Jan, on Nov. "28th" 2020 I was verbally assaulted by Pensacola Police Pigs and employees of the Hampton Inn while conducting survellnce on a lead from

**Factual Allegations, Continued** *(Page ___ of ___)*

a previous case against Walmart. After having been falsely alleged to have been suspicious while trailing a white FBI surveillance van not far from the Pensacola International Airport during a forensic Investigation (STILL AN OPEN CASE); I was stopped, harrassed, racially discriminated against, assaulted, battered, kidnapped, and human trafficed to Hells outhouse a.k.a. escambia county jail, where I was denied a defense entirely thereby forfeiting the account by the state of florida and had the case nolle prosequiffffed after they tried to tell me I was crazy..... Without EVIDENCE refer back to case # 3:18-cv-00304 which is supposed to be on file as 3:18-cv-00411 (you can thank the clerk that conspired with the public defender for that) then refer to case # 3:20-cv-01413 (dated 4/5/2019 for the crap these Assholes are playing!

IV. **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

See case law precedent(s) Ribbing v. United states (6/2008) and Ribbing vs FLORIDA. See also the 1st, 4th, 5th, 6th, 8th Amendments, See also Article 6 & 10 of the Louisiana Purchase along with Article 6 of the Constitution, and various International Covenant on the Rights of Indigenous Nations (and or Individuals)

V. **RELIEF REQUESTED**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

STOP ALL RAILROAD TRAFFIC ON THIS CONTINENT FOR 2 MINUTES TO PLAY the NATIONAL ANTHEM IN WHALE NOISES FOLLOWED By An AMAZING GRACE BAG PIPE SOLO; See also cost assessment, along with following Pro Se motions for injunctive Relief, Pain and suffering, MENTAL STRESS, etc.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1/27-28/21   Plaintiff's Signature: *Patrick A. Billy C.S.I. JD*

Printed Name of Plaintiff: PATRICK ANTHONY LINER-RIDDING, CSI JD

Address: 61197 Center of the Universe Avenue
Apt C, Lot "D", SLIDELL, LA 70460

E-Mail Address: N/A

Telephone Number: __N/A__

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*



# Pensacola Police Department
PENSACOLA POLICE DEPARTMENT
711 N HAYNE ST

**REPORT NUMBER**
**PPDYYARR14054M**
**ARREST REPORT**

| Report Date / Time | Agency Case/Offense Number | OCA / Agency ID |
|---|---|---|
| 11/27/2020 01:49 PM | PPD20OFF009901 | |

| OBTS Number | Offender Based Transaction System | Jail Booking Number | Other Number |
|---|---|---|---|
| | | 20-01201 2 | PPD20CAD069226 |

## LOCATION OF OCCURRENCE

| County | Address |
|---|---|
| ESCAMBIA | 2187 AIRPORT BLVD , PENSACOLA, FL 32504 |

| Range of Occurrence Date/Time | Latitude | Longitude |
|---|---|---|
| 11/27/2020 11:13 AM to 11/27/2020 11:13 AM | | |

## PERSON: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age |
|---|---|---|---|---|---|
| PATRICK | ANTHONY | RIBBING | | 11/03/1986 | 34 |

| Master Name Index Number | SSN | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|
| | 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 | W | M | 508 | 0 | | |

| Place of Birth | Nation | License or Other ID | State | Class or Type | Phone |
|---|---|---|---|---|---|
| | | R152661864030 | FL | E | |

| Address | City | County | State | Zip Code |
|---|---|---|---|---|
| 3205 E OLIVE RD APT 106 | PENSACOLA | ESCAMBIA | FL | 32514 |

## CHARGES

| Counts | Charge Number | Charge |
|---|---|---|
| 1 | 901.36.1 | FRAUD-IMPERSON |

| Charge Degree | Charge Level | General Offense Code | ☐ Hate Crime | ☐ Domestic Violence | Bond |
|---|---|---|---|---|---|
| FIRST DEGREE | MISDEMEANOR | NOT APPLICABLE | | | $1,000.00 |

FALSE ID GIVEN TO LEO

## PROBABLE CAUSE

On 11/27/20, I responded to 2187 Airport Boulevard (Hampton Inn) in reference to an individual the manager wanted to have trespass warned. Upon arrival, I made contact with Officer Harris (#114) who was already on scene and in contact with Belinda Hommer (Hommer), the manager of Hampton Inn. Hommer stated there was an individual who has been asked to leave multiple times and was refusing to leave.

Officer Harris stated the person Hommer wanted to trespass was not there. She had the individual on the property, later identified as Patrick Ribbing (Ribbing), confused with another person. Hommer advised she believed Ribbing may still be on the property and Officer Harris advised we would look around to see if we could find him. Ribbing was described as a white male wearing a blue and white shirt and long pants. As Officer Harris and I were walking the property, an employee stated Ribbing was walking in front of 1151 Office Woods Drive and he could be seen from where we were standing. She stated Ribbing, who Officer Harris spoke with inside of Hampton Inn prior to my arrival, was the one they wanted trespass warned. We circulated the area of 1151 Office Woods Drive but did not find him. As we were about to leave the scene, Officer Harris saw Ribbing walk out of one of the buildings wearing a different shirt than the one she had seen him wearing several minutes prior. She immediately recognized him as the person she just talked with inside Hampton Inn. We made contact with him and asked

- Title 18 USC § 1519
- Title 18 USC chapter 47
- 1.170 motion (11/28/2020) -
- 3.220 motion (12/08/2020) -
- Notice of taking Depositions (12/09/2020) -
- FL. Pleas & Practice § 97.9, § 94.55, § 95.17
- Speedy trial (12/08/2020) -
  - 3.121  § 95.17, § 94.55  (1056's) [12/15/2020]
    - NON- reciept of Discovery; Probable Cause Determination Hearing
    - Prosequetorial Misconduct
    - Removal of Judge  rule 63
    - Dismissal

| Report Date / Time 11/27/2020 01:49 PM | Agency Case/Offense Number PPD20OFF009901 | OCA / Agency ID |
|---|---|---|
| OBTS Number  *Offender Based Transaction System* | Jail Booking Number | Other Number PPD20CAD069226 |

him what his name was and he immediately started with how he didn't have to identify himself unless he was under arrest or being legally detained. I told him he was being detained for a trespass warning and he was legally required to identify himself. He stated his name was Anthony Liner. He refused to give a middle name. When asked what his birthday was he started to give a date and then changed to another and never fully gave a date. I advised him that if he didn't give his name we would have an officer come to fingerprint him and get his identity that way. He still refused to do so. Officer Lindblom (#147), who is trained on and equipped with a Rapid ID, was requested to respond. While we waiting for Officer Lindblom to arrive, the individual continued to refuse to identify himself. Hommer arrived and officially trespass warned Ribbing. Once Officer Lindblom arrived, he tried to locate the individual in a police database based on the name he gave of Anthony Liner. Officer Lindblom was unsuccessful in finding anyone with that name. Officer Harris and I continued to ask him to identify himself and advised him of the consequences if he continued to not identify himself. He continued to refuse. Officer Harris, Officer Lindblom, and I placed the individual under arrest. During a search incident to arrest, a Louisiana ID was found in his bag identifying him as Patrick Ribbing. Ribbing was given multiple chances to identify himself during the 20-25 minutes that Officer Harris and I kept asking and refused every time. The only name he gave was not his name and didn't match anyone in our police database. (4-5-2019: see case law precedent)

**PERSON: COMPLAINANT**

| First Name BELINDA | Middle Name CHRISTINA | Last Name HOMMER | Suffix | Date of Birth 01/26/1963 | Age 57 |
|---|---|---|---|---|---|
| Master Name Index Number PPD07MNI008322 | SSN 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 | Race W | Sex F | Height | Weight 0 | Hair | Eyes |
| Place of Birth | Nation | License or Other ID H560063635260 | State FL | Class or Type DL | Phone 850-470-0097 |
| Address 4272 BROOKSIDE DR | | City PENSACOLA | County ESCAMBIA | State FL | Zip Code 32503 |

**LEO BOND**

| Bond Amount $ $1,000.00 | ☐None ☐PreTrial If Quali | ☐ROR ☐Pro | ☐Cash | ☐Any |
|---|---|---|---|---|

**COURT APPEARANCE INFORMATION**

| Court (COUNTY) ESCAMBIA COUNTY COURT | Court Phone 850-483-8468 | Court Date & Time 12/17/2020 08:30 AM |
|---|---|---|

Court Address: 190 W. GOVERMENTAL CENTER PENSACOLA, FL 32502, PAYABLE ONLINE AT: PAY.ESCAMBI

Instructions

**ARREST INFORMATION**

| Arrest Date / Time 11/27/2020 12:04 PM | Residency Within state | Injured None | Extent of Injury N/A | Resist Arrest Yes |
|---|---|---|---|---|
| Prior Arrests Yes | Arrest Jurisdiction Within jurisdiction | Alcohol No | Drugs No | |

ARREST REPORT                PPDYYARR14054M                Page 2 of 3

| Report Date / Time<br>11/27/2020 01:49 PM | Agency Case/Offense Number<br>PPD20OFF009901 | OCA / Agency ID |
|---|---|---|
| OBTS Number<br>*Offender Based Transaction System* | Jail Booking Number | Other Number<br>PPD20CAD069226 |

## ARREST LOCATION

| County<br>ESCAMBIA | Address<br>1151 OFFICE WOODS DRIVE , PENSACOLA, FL 32504 |
|---|---|

## ARREST DELIVERED TO

| Jail / Booking Facility<br>ESCAMBIA COUNTY JAIL | Phone<br>(850) 436-9650 |
|---|---|
| Location<br>2935 NORTH L STREET, PENSACOLA, FLORIDA 32501 | |

## ARRESTING OFFICER

| Officer Call Number<br>186 | Officer Name<br>BUNN, DOUGLAS ALAN J | Officer Signature  B073/186 |
|---|---|---|

Subscribed and sworn to (or affirmed) before me this _27_ day of _November_ A.D., _2020_ by _D. Bunn_ who is __ personally known to me or has produced _____ as identification.

Signature _____

__ Notary Public  __ LEO  _X_ CO

Commission No: _____    My Commission Expires: _____

ARREST REPORT            PPDYYARR14054M